

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00457-CV

James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley and Cody Presley,
Appellants

v.

**COYLE FAMILY FARM, INC**., Coyle Farm Partnership, Mike Coyle, Doug Coyle, Tim
Coyle, and Tom Tompkins,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 17-12-24620-CV
Honorable Camile G. Dubose, Judge Presiding

# O R D E R

On August 1, 2018, the trial court clerk filed a notice of late record stating appellants had not paid for the clerk's record. In the notice, the trial court clerk stated the anticipated date for completion of the record was August 31, 2018. Counsel for appellants has filed a notice with this court stating, "Appellants sent payment for the Clerk's Record on or about August 13, 2018." We therefore order the trial court clerk, Cindy Fowler, to file the clerk's record by August 31, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court